# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **The Terraces Condominium Association**, an Illinois not-for-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**Insurance Company of Greater New York**,<br><br>Defendant. | Case No. 19-cv-6028 |

## NOTICE OF SERVICE

To: All Counsel of Record

Pursuant to the Mandatory Initial Discovery Pilot Program standing order, Plaintiff, The Terraces Condominium Association, are filing this Notice of Service using the Court's electronic filing system to document that Terraces Condominium Association's Mandatory Initial Discovery Responses has been served upon all counsel of record in this matter on the date of this filing.

Dated: October 23, 2019

Respectfully submitted,

*/s/ Benjamin J. Rooney*
Counsel for Plaintiff

Benjamin J. Rooney
128 South County Farm Road
Wheaton, Illinois 60187
(630) 384-8331
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that on October 23, 2019 I filed this document using the Court's electronic filing system. As a result, electronic copies of the filed document were served upon all counsel of record.

                              */s/ Benjamin J. Rooney*
                              Benjamin J. Rooney