## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Eastern Division

The Terraces Condominium Association

                                    Plaintiff,

v.                                                    Case No.: 1:19−cv−06028
                                                              Honorable John Robert Blakey

Insurance Company of Greater New York

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 7, 2019:

      MINUTE entry before the Honorable John Robert Blakey: Case management conference held on 11/7/2019. Final discovery hearing set for 5/26/2020 at 9:45 a.m. in Courtroom 1203. Jury trial set for 3/22/2021 at 10:30 a.m. in Courtroom 1203. Enter Case Management Order. The parties shall carefully review the case management order for additional dates, deadlines and information. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.