UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| The Terraces Condominium Association, | |
| Plaintiff, | Case No. 19-CV-6028 |
| v. | Judge John Robert Blakey |
| Insurance Company of Greater New York | |
| Defendant. | |

## CASE MANAGEMENT ORDER

Consistent with proceedings in open court on November 7, 2019, the Court sets the following case management dates:

| | |
|---|---|
| Case Management Conference (CMC) | Thursday, November 7, 2019 |
| Deadline for supplementing Rule 26(a)(1) disclosures | Saturday, May 2, 2020 |
| Deadline for issuing final written discovery | Saturday, May 2, 2020 |
| Deadline for any amendments (new allegations, claims, or parties) | Tuesday, May 19, 2020 |
| **Final Discovery Status** | Tuesday, May 26, 2020 at 9:45 a.m. in Courtroom 1203. |
| **Close of Fact Discovery** | Tuesday, June 16, 2020 |
| **Close of Expert Discovery** | Tuesday, September 8, 2020 |
| Deadline for disclosing experts | Tuesday, July 14, 2020 |
| Deadline for disclosing rebuttal experts | Tuesday, August 11, 2020 |
| Deadline for filing dispositive motions | Tuesday, September 29, 2020 |
| Deadline for responses to dispositive motions | Tuesday, October 20, 2020 |
| Deadlines for replies to dispositive motions | Tuesday, October 27, 2020 |
| **Hearing on any dispositive motions** | Thursday, December 17, 2020 at 9:45 a.m. in Courtroom 1203. |
| Deadline for filing the Final Pretrial Order and motions in limine | Wednesday, February 10, 2021 |
| Deadline for filing responses to motions in limine | Wednesday, February 17, 2021 |
| Final Pretrial Conference | Monday, March 8, 2021 at 1:30 p.m. in Courtroom 1203. |
| **Trial** | Monday, March 22, 2021 at 10:30 a.m. in Courtroom 1203. |

2

      The parties are expected to review and comply with the Court's standing orders, including the order on proposed pretrial procedures (including motions in limine) and the Court's jury selection protocol in civil cases, which are available on Judge Blakey's information page on the Court's official website: www.ilnd.uscourts.gov. The parties should be aware that if they resolve their dispute on or after the first day of jury selection, the Court will assess juror costs.

Dated: November 7, 2019                  Entered:

                                                                John Robert Blakey
                                                               United States District Judge