# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

THE TERRACES CONDOMINIUM
ASSOSICATION, an Illinois not-for-
profit-corporation,

    Plaintiff,

v.

INSURANCE COMPANY OF GREATER
NEW YORK,

    Defendant.

Case No. 19-CV-6028

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Michael L. Foran of Foran Glennon Palandech Ponzi & Rudloff PC, pursuant to N.D. Ind. L.R. 83-8, moves this Court for leave to withdraw his appearance on behalf of defendant, Insurance Company of Greater New York, which was filed in error. This Defendant will continue to be represented by Matthew S. Ponzi and Matthew P. Fortin of Foran Glennon Palandech Ponzi & Rudloff PC.

WHEREFORE, Michael L. Foran moves this Court for leave to withdraw his appearance on behalf of Defendant Insurance Company of Greater New York.

    Respectfully submitted,

/s/ *Michael L. Foran*
Michael L. Foran
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 North LaSalle Street, Suite 1400
Chicago, Illinois  60601
Tel: 312-863-5000 || Fax: 312-863-5099
mforan@fgppr.com
*Attorney for Defendant*
*Insurance Company of Greater New York*

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the above document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 13th day of February, 2020, to:

    Patrick T. Costello
    Benjamin J. Rooney
    KEAY & COSTELLO, P.C.
    128 South County Farm Road
    Wheaton, Illinois 60187
    Tel: (630) 384-8331
    pcostello@keaycostello.com
    ben@keaycostello.com


                                  /s/ *Michael L. Foran*
                                  Michael L. Foran


FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
Tel: (312) 863-5000
Fax: (312) 863-5099
mforan@fgppr.com