UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THE TERRACES CONDOMINIUM
ASSOSICATION, an Illinois not-for-
profit-corporation,

    Plaintiff,                                     Case No. 19-CV-6028

    v.

INSURANCE COMPANY OF GREATER
NEW YORK,

    Defendant.

## NOTICE OF MOTION

On **March 3, 2020** at **9:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable John R. Blakey** or any judge sitting in his stead in **Courtroom 1203 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois,** and shall then and there present ***Michael L. Foran's Motion for Leave to Withdraw Appearance***, a copy of which was previously served upon you.

                                       /s/ Michael L. Foran
                                       Michael L. Foran
                                       FORAN GLENNON PALANDECH PONZI & RUDLOFF, PC
                                       222 North LaSalle Street, Suite 1400
                                       Chicago, IL 60601
                                       Tel: (312) 863-5000
                                       Fax: (312) 863-5099
                                       mforan@fgppr.com


                                       *Attorney for Defendant*
                                       *Insurance Company of Greater New York*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 13th day of February, 2020, to:

Patrick T. Costello
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
Tel: (630) 384-8331
pcostello@keaycostello.com
ben@keaycostello.com


                        /s/ *Michael L. Foran*
                        Michael L. Foran


FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
Tel: (312) 863-5000
Fax: (312) 863-5099
mforan@fgppr.com

2