# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

The Terraces Condominium Association

                          Plaintiff,

v.                                            Case No.: 1:19−cv−06028
                                                    Honorable John Robert Blakey

Insurance Company of Greater New York

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 29, 2020:

        MINUTE entry before the Honorable John Robert Blakey: Pursuant to Third Amended General Order 20−0012, the final discovery status hearing previously set for 5/26/20 is hereby stricken. The case is set for a status hearing on 7/16/20 at 9:45 a.m. in Courtroom 1203. The parties shall file their joint status report by 7/1/20. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.