## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

The Terraces Condominium Association

                                  Plaintiff,

v.                                                    Case No.: 1:19−cv−06028
                                                        Honorable John Robert Blakey

Insurance Company of Greater New York

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 11, 2020:

      MINUTE entry before the Honorable John Robert Blakey: The 7/16/20 status hearing is stricken. The 7/1/20 status report deadline stands. In particular, the parties shall indicate in their status report whether they are on track to complete fact discovery by the extended deadline (9/1/20), whether they in fact need expert discovery, and whether either side will file a motion for summary judgment. For now, the pretrial− and trial−related dates set in [14] stand. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.