UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THE TERRACES CONDOMINIUM ASSOCIATION, an Illinois not-for-profit-corporation,

    Plaintiff,

v.

INSURANCE COMPANY OF GREATER NEW YORK,

    Defendant.

Case No. 19-CV-6028

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order Numbers 24 and 28, Plaintiff THE TERRACES CONDOMINIUM ASSOCIATION ("Plaintiff" or "Terraces"), and Defendant INSURANCE COMPANY OF GREATER NEW YORK ("Defendant" or "GNY") submit the following Joint Status Report:

A. Whether Parties on track to Complete Fact Discovery by the Extended Deadline (9/1/2020)

Parties are currently exchanging written discovery but have not taken or noticed any depositions. In light of the disruptions posed by COVID 19 the parties believe that a fact discovery cutoff on 9/30 is more realistic than the current deadline of 9/1.

B. Whether Parties Require Expert Discovery

Expert Discovery will be required due to the nature of the loss and disagreements as to cause of loss.

C. Whether Motions for Summary Judgment will be Filed on Either Side.

Given that the issues in the case turn on the interpretation and application of insurance policy provisions, the parties believe it is likely that some of the claims and defenses will be the subject of dispositive motions.