# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

The Terraces Condominium Association

                      Plaintiff,

v.                                                   Case No.: 1:19−cv−06028
                                                        Honorable John Robert Blakey

Insurance Company of Greater New York

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 13, 2020:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the representations in the parties' status report [29], fact discovery is hereby extended to 9/30/20, and expert discovery is extended to 12/20/20. The parties shall file an updated joint status report by 12/1/20, confirming that they are on track to meet these deadlines and confirming their intent to file dispositive motions. The parties shall file any motions for summary judgment by 1/22/21, with responses due 2/12/20, and replies due 2/19/21. The Court will set revised trial−related dates, if necessary, in a future order. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.