**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **The Terraces Condominium Association**, in Illinois not-for-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**Insurance Company of Greater New York**,<br><br>Defendant. | Case No. 19-cv-6028 |

## NOTICE OF JOINT MOTION

On December 31, 2020 at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable John R. Blakey or any judge sitting in his stead in Courtroom 1203 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the parties ***Joint Motion To Extend Deadline For Completion of Fact and Expert Discovery***, a copy of which was previously served upon you.

>*/s/ Benjamin J. Rooney*
>Benjamin J. Rooney
>128 South County Farm Road
>Wheaton, Illinois 60187
>(630) 384-8331
>Counsel for Plaintiff


>*/s/ Sarah J/Johnson*
>Sarah J. Johnson
>Foran Glennon Palandech Ponzi & Rudloff PC
>222 North LaSalle Street, Suite 1400
>Chicago, Illinois 60601
>(312) 863-5014
>Counsel for Defendant

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following by operation of the Court's electronic case filing system.

                                                      */s/ Benjamin J. Rooney*
                                                      Benjamin J. Rooney
                                                      128 South County Farm Road
                                                      Wheaton, Illinois 60187
                                                      (630) 384-8331
                                                      Counsel for Plaintiff