# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

The Terraces Condominium Association

                        Plaintiff,

v.                                                   Case No.: 1:19−cv−06028
                                                  Honorable John Robert Blakey

Insurance Company of Greater New York

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 26, 2021:

      MINUTE entry before the Honorable John Robert Blakey: Consistent with the Court's prior order [49], Defendant's motion for summary judgment [57] shall be briefed as follows: Plaintiff shall file its response and any cross−motion by 9/9/21; Defendant shall file any reply/response by 9/23/21; and Plaintiff shall file any reply by 10/7/21. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.