UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

The Terraces Condominium Association

                                            Plaintiff,

v.                                                                                 Case No.: 1:19−cv−06028
                                                                                     Honorable John Robert Blakey

Insurance Company of Greater New York

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 14, 2021:

       MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendant's agreed motion for leave to file its response statement of additional facts and amended reply [85]. Defendant shall file the statement [85−1] and the reply [85−2] as separate docket entries. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.