# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

The Terraces Condominium Association

                              Plaintiff,

v.                                                    Case No.: 1:19−cv−06028
                                                  Honorable John Robert Blakey

Insurance Company of Greater New York

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 22, 2022:

      MINUTE entry before the Honorable John Robert Blakey: For the reasons explained in the accompanying memorandum opinion and order, the Court grants in part, and denies in part, Defendant's motion for summary judgment [57]. Enter Order. The parties shall file a joint status report by 4/5/2022 proposing case management dates as to the pending claims. If at any time the parties decide that a settlement conference could prove fruitful, they should call chambers to so advise, and the Court will refer the matter to the assigned Magistrate for that purpose. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.