# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

The Terraces Condominium Association

                                        Plaintiff,

v.                                                       Case No.: 1:19−cv−06028

                                                                Honorable John Robert Blakey

Insurance Company of Greater New York

                                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey Cummings for the purpose of holding proceedings related to: settlement conference. (gel, )Mailed notice.

Dated: April 7, 2022

                                                                             /s/ John Robert Blakey

                                                                              United States District Judge